IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ROBERT ORR-SYSCO FOOD SERVICES, LLC | ) ) ) NO. 3:05-1082 |
| v. | ) JUDGE CAMPBELL ) |
| JOSEPH E. MACHARSKY | ) |

ORDER

Pending before the Court are Defendant's Motion to Dismiss (Docket No. 5) and Defendant's Motion for Oral Argument (Docket No. 8). For the reasons stated in the accompanying Memorandum, both Motions are DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE